JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOYCE TULLOUS, | Case No.: 5:13-cv-01778-VAP-DTB |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS** |
| CREDIT COLLECTION SERVICES, INC. and DOES 1 through 10 inclusive, | |
| Defendant. | |

The Court has reviewed the Stipulation of Plaintiff JOYCE TULLOUS and Defendant CREDIT COLLECTION SERVICES, INC., to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

///

///

///

{00012142;1}
07659.00

1

[PROPOSED] ORDER
Case No. 5:13-cv-01778-VAP-DTB

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to
2  FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: March 27, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge